UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA CARRILLO, | No. C 07-4247 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SCHELIA A. CLARK, warden, | |
| Respondent. | |

The petition for a writ of habeas corpus is dismissed without prejudice to petitioner filing a new petition after exhausting the Bureau of Prisons' administrative appeals process.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 17, 2007

SUSAN ILLSTON
United States District Judge